JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2010)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Worcester        **Category No.** II        **Investigating Agency** HSI

**City** Fitchburg

**County** Worcester

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant X

Magistrate Judge Case Number _____

Search Warrant Case Number 26-4078; -4079

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☑ No

Defendant Name  Darrel Salle                            Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:  111 Crestview Lane, Fitchburg, MA

Birth date (Yr only): 1997    SSN (last 4#): 1999    Sex: M    Race _____    Nationality: USA

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  Kaitlin J. Brown                    Bar Number if applicable: 694636

**Interpreter:**  ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: ~~3/30/2026~~ 3/31/2026    Signature of AUSA: *Kaitlin J. Brown*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Darrel Salle

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013